JULES HAIRSTYLISTS OF MARY-
LAND, INC., a Maryland Corporation,
and Jules Hairstylists, Inc., a District
of Columbia Corporation, and Jules
Hairstylists of Virginia, Inc., a Virginia
Corporation, Appellants,

v.

UNITED STATES of America and Irving
Machiz, Appellees.

No. 11569.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 8, 1968.

Decided Jan. 12, 1968.

Harry S. Shapiro, Baltimore, Md., for appellants.

Karl Schmeidler, Attorney, Department of Justice (Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Crombie J. D. Garrett, Attorneys, Department of Justice, and Stephen H. Sachs, U. S. Atty., on brief), for appellees.

Before BOREMAN and WINTER, Circuit Judges, and MERHIGE, District Judge.

PER CURIAM:

We affirm on the memorandum opinion of the district court.[1]

Affirmed.

1. Jules Hairstylists of Maryland v. United States, 268 F.Supp. 511 (D.C.Md.1967).